**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**AARON LOUWAGIE,**

Plaintiff,

vs.

**SAFELITE GLASS CORP.**

Defendant.

Civil No. 02-461 ADM/AJB

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**

On April 11, 2002, this Court entered the Pretrial Scheduling Order in the above-captioned matter. Subsequently, Plaintiff's Counsel left his prior firm to open his own firm and Plaintiff has indicated that he may be unavailable for some short period of time due to the upcoming expected birth of his child and potential complications associated therewith. These matters have resulted in and will result in a short delay in the discovery of the proceedings in this action.

Accordingly, the parties, through their respective counsel, hereby stipulate and request the Court to amend the Pretrial Scheduling Order as follows:

1. Discovery shall be completed by February 1, 2003.

2. Disclosure of the identity of expert witnesses and reports shall be made:

    a. By Plaintiff on or before December 1, 2002.

    b. By Defendant on or before January 1, 2003

3. Non-Dispositive Motions which relate to discovery shall be served and filed by the discovery deadline of February 1, 2003.

4. Dispositive Motions shall be served by April 1, 2003.

5. This case shall be ready for trial on June 1, 2003 or upon resolution of any pending dispositive motions.

FILED SEP 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 9/6/02

Kenneth R. White

Kenneth R. White (MN ID #141525)
Law office of Kenneth R. White
325 South Broad Street
Suite 203
Mankato, MN 56001
(507) 345-8811

ATTORNEYS FOR PLAINTIFF
AARON LOUWAGIE

Dated: 9/9/02

Richard A. Ross (MN I.D. # 181791)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 492-7022

ATTORNEYS FOR DEFENDANT
SAFELITE GLASS CORP.

**ORDER**

Based upon the foregoing, and for good cause shown, the Pretrial Scheduling Order, dated April 11, 2002, is hereby amended as stipulated to by the parties.

**IT IS SO ORDERED.**

Dated: 9/13/02

Arthur J. Boylan
United States Magistrate Judge

#2696423\1