UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**AARON LOUWAGIE,**

Plaintiff,

vs.

**SAFELITE GLASS CORPORATION**

Defendant.

Court File No. 02-461 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that this action, having been amicably resolved, is hereby dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: 10/16, 2002

Kenneth R. White
Kenneth R. White (MN ID #141525)
Law Office of Kenneth R. White
325 South Broad Street
Suite 203
Mankato, MN 56001
(507) 354-8811

ATTORNEYS FOR PLAINTIFF
AARON LOUWAGIE



NOV 0 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 1, 2002

Richard A. Ross (MN I.D. #181791)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, Minnesota 55402
(612) 492-7000

ATTORNEYS FOR DEFENDANT
SAFELITE GLASS CORP.

**ORDER**

**BASED ON THE FOREGOING**:

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own costs and attorneys' fees.

Dated: November 4, 2002

Honorable Ann D. Montgomery
United States District Court Judge

#2712277\1